BROEGE, NEUMANN, FISCHER & SHAVER, LLC
25 Abe Voorhees Drive
Manasquan, NJ 08736
732-223-8484
Attorneys for Debtor/Debtor-in-Possession
Timothy P. Neumann, Esq.  TN6429

UNITED STATES BANKRUPTCY COURT
District of New Jersey

| | | |
|---|---|---|
| In re: | : | |
| **SEA SHORE DONUTS, INC.** | : | **CHAPTER 11** |
| **D/B/A DUNKIN DONUTS** | | |
| **Debtor** | : | |
| Debtor | : | CASE NO: |
| | : | CERTIFICATE OF DEBTOR IN POSSESSION |

I hereby certify that as of this date, the above named Debtor continues in possession of its estate as a Debtor-in-Possession, no trustee having been appointed or qualified and is authorized to continue with its business.

JAMES J. WALDRON, CLERK

Dated: